[No. 36682-7-II.   Division Two.   June 30, 2009.]

*In the Matter of the Estate of* JACK DELGUZZI.

Appeal from a judgment of the Superior Court for Clallam County, No. 4-8087, Leonard W. Costello, J. Pro Tem., entered July 27, 2007. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Van Deren, C.J., and Hunt, J.

[Nos. 36950-8-II; 37018-2-II.   Division Two.   June 30, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. LERISSA FALE IATA, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. FARAJI ONTIA BLAKENEY, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 06-1-04270-2, Kathryn J. Nelson, J., entered November 9, 2007. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 37127-8-II.   Division Two.   June 30, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAUN KHARY DIGGS, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 07-1-01184-4, Russell W. Hartman, J., entered November 9, 2007. *Reversed* and *remanded* by unpublished opinion per Houghton, J., concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 37137-5-II.   Division Two.   June 30, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID JOSEPH SMASAL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-01247-0, Frank E. Cuthbertson, J., entered November 15, 2007. *Reversed* and *remanded* by unpublished opinion per Van Deren, C.J., concurred in by Bridgewater and Penoyar, JJ.